IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| AGUA DULCE AGROPECUARIA Y SERVICOS S<br>　　　Plaintiff,<br><br>v.<br><br>PNC BANK, NATIONAL ASSOCIATION.<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT PNC BANK, NATIONAL ASSOCIATION'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1332, Defendant PNC Bank, National Association ("PNC") removes the above-captioned civil action currently pending in the 365th Judicial District Court, Maverick County, Texas, Cause No. 23-08-42443-MCVAJA ("State Court Action"), to the United States District Court for the Western District of Texas, Del Rio Division.

### I.　STATEMENT OF THE CASE

1.　On August 7, 2023, Plaintiff Agua Dulce Agropecuaria y Servicos S ("Plaintiff") filed *Plaintiff's Original Petition* (the "Complaint") in the State Court Action.[1] The allegations in Plaintiff's Complaint relate to payment of a cashier's check that Plaintiff contends was wrongful because the signature was allegedly forged/unauthorized.[2] In the Complaint, Plaintiff asserts claims for negligence, conversion, money had and received, and unjust enrichment.[3] Plaintiff seeks actual damages constituting the loss of the $95,556.93 check, plus pre- and post-judgment interest, costs, and attorney fees.[4]

---

[1] *See State Court Docket*, Exhibit A.
[2] *See Plaintiff's Original Petition* (the "Complaint"), Exhibit B.
[3] *See id.*
[4] *See id.*, ¶ 8.0 and Prayer.

## II.     TIMELINESS OF REMOVAL

2.     PNC accepted service of Plaintiff's Complaint on August 15, 2023. Accordingly, (30) days have not expired since this service has occurred. Therefore, this Notice of Removal is timely.

## III.     VENUE

3.     Venue for this Notice of Removal is proper in the United States District Court for the Western District of Texas, Del Rio Division, because this district and division includes Maverick County, Texas—the location of the pending State Court Action.[5]

## IV.     BASIS FOR REMOVAL: DIVERSITY JURISDICTION

### A.     The Parties are Citizens of Different States

4.     There is complete diversity of citizenship between Plaintiff and PNC. Diversity jurisdiction exists if there is "complete diversity between all named plaintiffs and all named defendants, and no defendant is a citizen of the forum State." *Lincoln Prop. Co. v. Roche*, 126 S. Ct. 606, 610 (2005); 28 U.S.C. § 1332(a); *Carden v. Arkoma Assocs.*, 494 U.S. 185, 187 (1990) (diversity jurisdiction requires that no plaintiff is from the same state as any defendant); *Strawbridge v. Curtiss*, 7 U.S. 267, 2 L. Ed. 435 (1806).

5.     Plaintiff is a citizen of Mexico.[6]

6.     PNC is a national banking association organized under the laws of the United States. PNC's articles of association establish Delaware as its main office. *See* 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt*, 126 S. Ct. 941, 945 (U.S. 2006) ("[A] national bank, for § 1348 purposes, is a citizen of the State in which its main office, as set forth in its articles of association,

---

[5] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 124(a)(2).
[6] Exhibit B, ¶ 2.0 ("Plaintiff is a resident of San Buenaventura, Coahuila, Mexico.").

is located."); *see PNC Equip. Fin., LLC v. California Fairs Fin. Auth.*, No. CV1106248MMMDTBX, 2012 WL 12506870, at *6 (C.D. Cal. Feb. 9, 2012) ("Therefore, for purposes of diversity jurisdiction, PNC is a Delaware citizen.").

7. Because Plaintiff is a citizen of Mexico and PNC is a citizen of Delaware, complete diversity exists.

### B. The Amount in Controversy Exceeds $75,000

8. In order to establish diversity jurisdiction, the amount in controversy must exceed $75,000.[7] Plaintiff's Complaint seeks actual damages in the amount of $95,556.93.[8] Therefore, the amount in controversy minimum is satisfied.

### V. THE PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

9. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served in the State Court Action, is attached hereto as **Exhibit 1**.

10. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, PNC is providing Plaintiff, through counsel, with written notice of removal and a copy of this Notice of Removal is being filed with the Clerk of the 365th Judicial District Court of Maverick County, Texas.

### VI. CONCLUSION

The Court may exercise original jurisdiction over this action because complete diversity exists between Plaintiff and PNC, and the amount in controversy exceeds $75,000.

---

[7] 28 U.S.C. § 1332(a).
[8] Exhibit B, ¶ 8.0.

Dated:  September 8, 2023

Respectfully submitted,

/s/ *Justin Opitz*
**Justin Opitz**, SBN: 24051140
jopitz@mcguirewoods.com
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas  75201
Telephone: 214.932.6400
Facsimile:  214.932.6499

**ATTORNEY FOR DEFENDANT PNC BANK, NATIONAL ASSOCIATION**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, a true and correct copy of the foregoing electronically filed.  Notice of this filing will be sent to either electronically or via certified mail to Plaintiff.

/s/ *Justin Opitz*
**Justin Opitz**