IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**F I L E D**

OCT 21 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| AGUA DULCE AGROPECUARIA Y SERVICOS S, | § § § | |
| Plaintiff, | § | Civil Action No. |
| v. | § § | DR-23-CV-042-AM/JAC |
| PNC BANK, NATIONAL ASSOCIATION, | § § § | |
| Defendant. | § | |

## ORDER

The parties filed a Joint Stipulation of Dismissal in the above-captioned cause of action. (ECF No. 11.)  Because the stipulation complies with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the claims against the Defendant PNC Bank, National Association are **DISMISSED WITH PREJUDICE,** with the parties to bear their own costs.   It is further **ORDERED** that a clerk's judgment shall be entered, terminating the present cause of action.

SIGNED and ENTERED on this 21st day of October 2024.

_____
ALIA MOSES
Chief United States District Judge