AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

FILED
October 21, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____AH_____
DEPUTY

AGUA DULCE AGROPRECUARIA Y SERVICIOS S,
    Plaintiff,

v.

PNC BANK, NATIONAL ASSOCIATION,
    Defendant

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-23-CV-042-AM/JAC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

It is hereby ORDERED that the claims against the Defendant PNC Bank, National Association are DISMISSED WITH PREJUDICE, with the parties to bear their own costs.

October 21st, 2024
Date

Philip J. Devlin
Clerk

_A. Hernandez_
(By) Deputy Clerk

